IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON L. Rush,**<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**Ronald Davis,**<br><br>　　　　　　　　　Respondent. | Case No. 2:18-cv-0589 JAM KJN P<br><br>**ORDER** |

Respondent filed a motion for an extension of time in which to file a response. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion (ECF No. 10) is granted;

2. Respondent's response to the petition for writ of habeas corpus shall be filed on or before August 4, 2018.

Dated: May 31, 2018

　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

rush0589.eot