UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. RUSH,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS,<br><br>    Respondent. | No. 2:18-cv-0589 JAM KJN (HC)<br><br>**ORDER TO SHOW CAUSE** |

**BRIEF BACKGROUND AND RELEVANT INFORMATION**

Petitioner is a state prisoner, proceeding without counsel, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (See ECF No. 1.)[1] Petitioner challenges his 2012 convictions for two counts of a lewd and lascivious act against a child (Cal. Pen. Code, § 288(a) [counts 1-2]) and one count of a lewd and lascivious act with force against a child (Cal. Pen. Code, § 288(b)(1) [count 3]); as a result, on June 14, 2012, petitioner was sentenced to a total of eight years in state prison. (See LD 1 at 190.)[2] Respondent filed an answer to the petition on August 2, 2018. (ECF No. 14.)

---

[1] "ECF" refers to this court's electronic case filing system or docket.

[2] "LD" refers to the documents lodged with this court by Respondent on August 7, 2018. (ECF No. 15.)

As the court commenced to address petitioner's claims presented in the habeas petition,[3] it had occasion to consult the California Department of Corrections and Rehabilitation's website, and in particular, its Inmate Locator function. Using petitioner's inmate identification number (reflected in his petition as AL7730) the court conducted a search; no results were found. Using petitioner's full name, a second search was conducted; again, no results were found. Using only petitioner's last name, a review of the search results provided likewise yielded no result for petitioner. Given the length of petitioner's sentence, it is likely petitioner has been released on parole (sentencing occurred 6/14/12 + 8-year sentence = 6/14/20).

**DISCUSSION**

This court's Local Rules, and in particular Local Rule 183(b), require a party appearing in propria persona to keep the court informed of his or her current address:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

(See also Fed. R. Civ. P. 83 & Local Rule 182(f) [continuing duty by pro se litigant to keep court informed of current address].) Assuming as the court must that petitioner is no longer in custody at the Atascadero State Hospital,[4] petitioner was required to notify this court of his subsequent or current address pursuant to Local Rule 183(b). Moreover, although mail has not been returned by the U.S. Postal Service, even assuming petitioner served the entirety of his eight-year sentence, he would have been released from custody on or about June 14, 2020, or more than sixty-three (63) days ago. Yet, petitioner has failed to notify the court of his current address.

Further, petitioner is cautioned that Local Rule 110 provides that the "[f]ailure of counsel *or of a party* to comply with these Rules or with any order of the Court may be grounds for

---

[3] See Local Rule 230(l) (prisoner motion or petition "deemed submitted when the time to reply has expired").

[4] Petitioner filed a Notice of Change of Address on September 10, 2018, indicating he had been transferred from San Quentin State Prison to Atascadero State Hospital. (ECF No. 16.) This filing was also the last document petitioner filed in this court.

imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court," including dismissal of this action. (Emphasis added.)

### CONCLUSION

Based on the foregoing, the Court ORDERS petitioner to show cause within fourteen (14) days from the date of this order why this action should not be subject to dismissal for a failure to prosecute and/or to comply with the Local Rules.

Dated:  September 16, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE