1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JASON L. RUSH,                              No.  2:18-cv-0589 JAM KJN P

12                   Petitioner,

13           v.                                   ORDER

14    RONALD DAVIS,

15                   Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 5, 2020, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

23    objections to the findings and recommendations.

24          Although it appears from the file that petitioner's copy of the findings and

25    recommendations was returned, petitioner was properly served.  It is the petitioner's

26    responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

27    Rule 182(f), service of documents at the record address of the party is fully effective.

28    /////

1

1    The court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3 ORDERED that:

4    1.  The findings and recommendations filed October 5, 2020, are adopted in full.

5    2.  This action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

6    3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

7 § 2253.

8

9 DATED:  November 10, 2020            /s/ John A. Mendez

                                         THE HONORABLE JOHN A. MENDEZ
10                                        UNITED STATES DISTRICT COURT JUDGE